## McKOWN v. FIRST NAT. BANK OF MAUD.

No. 18433. Opinion Filed May 1, 1928.

(Syllabus.)

**Quieting Title—Right to Damages—Necessary Expenditures for Removal of Cloud.**

The judgment of the trial court is affirmed upon authority of No. 18426, McKown v. Haught, this day decided (130 Okla. 256).

Error from Superior Court, Pottawatomie County; Leander G. Pitman, Judge.

Action by the First National Bank of Maud against Omer McKown. Judgment for plaintiff, and defendant brings error. Affirmed.

Goode & Dierker, for plaintiff in error.

Park Wyatt and S. F. Bailey, for defendant in error.

HUNT, J. The identical question here presented was involved in 18426, Omer Mc-Kown v. Sherman Haught, this day decided (130 Okla. 256), and by stipulation of the parties these cases were submitted on the same briefs. We have examined the record of the instant case, and find ample evidence in support of the findings of the trial court, and the judgment rendered thereon. The decision in McKown v. Haught, supra, is therefore controlling here, and, upon authority of that case, it is ordered that the judgment herein be, and the same is hereby, affirmed.

MASON, V. C. J., and HARRISON, LESTER, CLARK, and RILEY, JJ., concur.